**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| BAER CREEK FUNDING, LLC,<br><br>           Plaintiff/Garnishor,<br><br>    v.<br><br>SUNTX CAPITAL II MANAGEMENT CORP.,<br><br>           Defendant/Judgment-Debtor,<br><br>    v.<br><br>PROSPERITY BANK,<br><br>           Garnishee. | Civil Action No. 4:21-cv-04124 |

**MOTION FOR ENTRY OF AMENDED FINAL JUDGMENT IN GARNISHMENT**

Pursuant to Federal Rule of Civil Procedure 69 and Rule 668 of the Texas Rules of Civil Procedure, Plaintiff/Garnishor Baer Creek Funding, LLC ("Garnishor"), by and through its undersigned attorney, asks the Court to enter an Amended Final Judgment against Garnishee Prosperity Bank ("Garnishee"), in the amount of $124,343.05 as set forth in Garnishee's Answer to Writ of Garnishment, filed on October 30, 2024 (the "Answer"), including payment of the attorney's fees and costs incurred by Garnishee, as set forth below.  The Amended Final Judgment in Garnishment should be apportioned in the amount of $123,343.05 to the Garnishor and $1,000 to the Garnishee.

1.      On or about March 3, 3023 the Court rendered a final judgment (the "Final Judgment") against Defendant/Judgment-Debtor SunTx Capital II Management Corp. in the amount of US $39,207,693, excluding interest.  The Final Judgment remains unsatisfied.

2.      On or about September 26, 2024, Garnishor filed its Application for Corrected Writ of Garnishment (the "Application").

3.      On or about September 27, 2024, the Court entered the Order for Corrected Writ of Garnishment (the "Order") approving the Application and directing the Clerk of the Court to issue a writ of garnishment against Garnishee (the "Writ of Garnishment").

4.      The Writ of Garnishment was served on Garnishee on or about October 10, 2024.

5.      In accordance with Texas Rule of Civil Procedure 663a, the Application, the Order, the Writ of Garnishment, and all other papers required to be served on the Defendant/Judgment-Debtor were served on Defendant/Judgment-Debtor SunTx Capital II Management Corp. on October 11, 2024.

6.      Garnishee filed its Answer on October 30, 2024, indicating that it is indebted to the Defendant/Judgment-Debtor in the amount of $124,343.05.

7.      The amount owed by the Defendant/Judgment-Debtor under the Final Judgment is greater than the amount owed by the Garnishee to the Defendant/Judgment-Debtor.  On November 6, 2024, Garnishor filed a Motion for Entry of Final Judgment in Garnishment (the "Motion").

8.      On November 6, 2024, the Court granted the Motion and entered Final Judgment in Garnishment (the "Judgment").

9.      Under Rule 677 of the Texas Rules of Civil Procedure, "where the answer of the garnishee has not been controverted and the garnishee is held thereon, such costs shall be taxed against the defendant and included in the execution provided for in this section."

10.      Garnishor seeks to amend the Judgment to include a finding in the Judgment that Garnishee is entitled to recover its reasonable attorneys' fees and costs incurred in the preparation of its Answer.  Garnishor and Garnishee agree that reasonable attorney's fees and costs for such

service is $1,000.  Garnishor and Garnishee further agree that Garnishor is not personally indebted in any sum to Garnishee, and that Garnishee is only entitled to recover its attorney fees and costs in the amount of $1,000 from the amount it is currently indebted to the Defendant/Judgment-Debtor.

11.	Under these circumstances, all conditions to the issuance of a Final Judgment in Garnishment are fully satisfied, and the entry of Final Judgment in Garnishment is appropriate. Accordingly, Garnishor requests that the Court enter judgment against Garnishee in the amount of $124,343.05.  The Amended Final Judgment in Garnishment should be apportioned in the amount of $123,343.05 to the Garnishor and $1,000 to the Garnishee.

Dated: November 6, 2024

**KOBRE & KIM LLP**

*/s/ Michael C. Fasano*
Michael C. Fasano
KOBRE & KIM LLP
201 S. Biscayne Blvd.
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100
Facsimile: (305) 373-9443

*Attorney for Plaintiff/Garnishor*
*Baer Creek Funding, LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all parties, including Garnishee Prosperity Bank, by electronic service on November 6, 2024.

*/s/ Michael C. Fasano*
Michael C. Fasano