United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---

BAER CREEK FUNDING, LLC,

Plaintiff,

v.

NED M. FLEMING, III, CRAIG JENNINGS, and
SUNTX CAPITAL II MANAGEMENT CORP.,

Defendants.

Civil Action No. 4:21-cv-04124

---

**DISCOVERY ORDER**

The Court has considered Plaintiff Baer Creek Funding, LLC's ("**Plaintiff**") Motion to Compel [Dkt. No. 97], Plaintiff's Reply in Support of its Motion to Compel [Dkt. No. 99], Plaintiff's March 9, 2026 Letter, Plaintiff's May 11, 2026 Letter, Plaintiff's May 21, 2026 Letter, Judgment Debtors SunTx Capital II Management Corp. and SunTx Capital Partners II GP, LP (collectively, "**Judgment Debtors**") and the SunTx Affiliates'[1] Response to the Motion to Compel [Dkt. No. 98], the Judgment Debtors and SunTx Affiliates' letters, and has heard the arguments of counsel at the hearing held on May 22, 2026. The Court hereby ORDERS as follows:

SunTx[2] must produce bank records and related account documents for the account ending in 7226, which received a $1 million transfer in January 2024. This production must be sufficient to show the owner of the account, the entities with access to or control of the account, and all account transactions, from January 2022 to the present. These documents must be produced to Plaintiff by June 5, 2026.

---

[1] SunTx Affiliates are defined as SunTx Capital Management Corp., SunTx Capital III Management Corp., SunTx Capital Partners II Dutch Investors, LP; SunTx Capital Partners II, LP; SunTx Ranger Holdings, LLC; SunTx Urbana, LLC; Sunwest Aero, LLC; Ned N. Fleming III, Craig Jennings, Barrett Bruce, and Mark Matteson.

[2] SunTx means the Judgment Debtors and SunTx Affiliates, as defined herein.

Saville CPAs & Advisors, LLC ("**Saville**"), SunTx's CPA, is ordered to produce tax workpapers for SunTx, including but not limited to QuickBooks files or databases, ledgers, and other workpapers utilized in filing SunTx's tax returns. Saville must also produce any documents solely in Saville's possession that SunTx does not possess if the documents relate to SunTx. These documents must be produced to Plaintiff by June 5, 2026.

Saville is ordered to appear before this Court by Zoom on May 29, 2026, at 3:00 p.m. CT for a hearing addressing Saville's Objections and Responses to Plaintiff's Subpoena to Produce Documents.

SunTx is ordered to produce its ledgers from 2023 through the present to Plaintiff by June 5, 2026.  Individuals included within the defined term "SunTx" must produce their records and documents showing funds coming from the SunTx corporate entities and affiliates.

SunTx is ordered to produce its bank records, balance sheets, and income statements from January 2023 through the present to Plaintiff by June 5, 2026.

SunTx is ordered to produce its tax returns for 2023 through the present to Plaintiff by June 5, 2026.

SunTx is ordered to produce its company agreements, including those describing the relationships among the various SunTx entities and the reason for the payments among them, to Plaintiff by June 5, 2026.

The Judgment Debtors are ordered to supplement to fully answer Plaintiff's interrogatories by June 5, 2026. The Judgment Debtors must provide a verification signed under penalty of perjury attesting to the veracity of these answers.

SunTx is ordered to identify the unwritten agreements between the SunTx entities and describe their terms in writing to Plaintiff by June 5, 2026.

The Judgment Debtors or their counsel are ordered to provide, by June 5, 2026, a sworn verification of the non-existence of responsive documents, where applicable, in response to

2

Plaintiff's written discovery requests, including but not limited to the categories of documents in the twelve-point list on pages 11–12 of Document 97.

Sunwest Aero, LLC is ordered to provide all documents identified in items 2, 4, and 6 of the twelve-point list on pages 11–12 of Document 97, by June 5, 2026.

SunTx's counsel is ordered to identify the source of payment for its counsel's legal fees, in writing, and to produce records identifying the payor and the accounts from which payments are made. This information must be provided to Plaintiff by June 5, 2026.

The Judgment Debtors are ordered to identify, describe, and produce documents evidencing all investments made by the Judgment Debtors relating to SunTx and all debts owed to the Judgment Debtors relating to SunTx, and the terms thereof. These documents must be produced to Plaintiff by June 5, 2026.

The Judgment Debtors are ordered to produce:

- Documents evidencing all sources of income, revenue, rights to payment, or remuneration of any kind, and the basis for those transactions;

- Documents relating to any debts owed by or to the Judgment Debtors; and

- All agreements that entitle the Judgment Debtors to any form of compensation.

The relevant time period for these documents is from January 2015 to the present. These documents must be produced to Plaintiff by June 5, 2026.

SIGNED on May 26, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

3