United States District Court
Southern District of Texas

**ENTERED**

June 03, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| BAER CREEK FUNDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NED M. FLEMING, III, CRAIG JENNINGS, and SUNTX CAPITAL II MANAGEMENT CORP.,<br><br>Defendants. | Civil Action No. 4:21-cv-04124 |

## DISCOVERY ORDER

The Court has considered Plaintiff Baer Creek Funding, LLC's ("**Plaintiff**") May 11, 2026, Letter, Plaintiff's May 21, 2026, Letter, Judgment Debtors SunTx Capital II Management Corp. and SunTx Capital Partners II GP, LP (collectively, "**Judgment Debtors**") and the SunTx Affiliates'[1] letters, and has heard the arguments of counsel at the hearing held on May 29, 2026. The Court ORDERS as follows:

Saville CPAs & Advisors, LLC's ("**Saville**") objections raised in response to the Plaintiff's requests for production in its subpoena duces tecum are overruled. Saville is ordered to produce responsive documents by June 22, 2026. The period applicable to these requests and responsive

---

[1] SunTx Affiliates are defined as SunTx Capital Management Corp., SunTx Capital III Management Corp., SunTx Capital Partners II Dutch Investors, LP; SunTx Capital Partners II, LP; SunTx Ranger Holdings, LLC; SunTx Urbana, LLC; Sunwest Aero, LLC; SunTx Capital Partners III, L.P.; SunTx Fulcrum Dutch Investors Prime, L.P.; SunTx Fulcrum Fund Prime, L.P.; Falcon Aviation Services, LLC; CPI Growth Company, Inc.; SunTx Capital Partners; Ned N. Fleming III, Craig Jennings, Barrett Bruce, and Mark Matteson.

documents is January 1, 2020, through the present. To the extent such documents do not exist, a

corporate representative for Saville must swear under penalty of perjury that the documents do not

exist.

SO ORDERED this 3rd day of June, 2026.

The Honorable Lee H. Rosenthal
Senior United States District Judge